NUMBER
13-11-00030-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

DANIEL DAVID CHASTAIN,
                                                 APPELLANT,

 

                                                             v.

 

SHERRY JO CHASTAIN,                                                          APPELLEE.

____________________________________________________________

 

                          On
Appeal from the 418th District Court 

                                  of
Montgomery County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                           Before
Justices Benavides, Vela, and Perkes

Memorandum Opinion
Per Curiam

 








This
appeal was abated by this Court on April 6, 2011, and the parties were ordered
to mediation.  This cause is now before the Court on appellant=s motion to dismiss the appeal on grounds that the issues
have become moot.  Appellant requests that this Court dismiss the appeal. 
Accordingly, this case is hereby REINSTATED.

The
Court, having considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion that
the motion should be granted.  See Tex.
R. App. P. 42.1(a).  Appellant=s motion to dismiss is granted, and
the appeal is hereby DISMISSED.  Costs will be taxed against appellant.  See
Tex. R. App. P. 42.1(d)
("Absent agreement of the parties, the court will tax costs against the
appellant.").  Having dismissed the appeal at appellant's request, no
motion for rehearing will be entertained, and our mandate will issue forthwith. 
Any pending motions are dismissed as moot.

 

PER
CURIAM

Delivered and filed the

23rd day of June, 2011.